# EXHIBIT A

UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

PLAINTIFF,

vs.

HILLSDALE COUNTY, a Municipal Corporation; AGENTS CHRISTINE WAHTOLA, KWINN LEVA, and LT. TIMOTHY PARKER; CITY OF HILLSDALE and OFFICER TODD HOLTS; MICHIGAN STATE POLICE ANALYSTS MELISSA MARINOFF and MARCI KELLY, in their individual capacities, WATCH SYSTEMS, L.L.C., a Louisiana corporation; ATTORNEY KIMBERLEY BURGER, KB LAW OFFICER, P.C. and PARKER HAYES & LOVINGER, P.C., all jointly and severally,

DEFENDANTS.

Case No. 16-cv-10253
Hon. Denise Page Hood
Mag. Judge Elizabeth A. Stafford

---

GOODMAN AND HURWITZ, P.C.
WILLIAM H. GOODMAN (P14173)
JULIE H. HURWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
Attorneys for Plaintiff
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170
mail@goodmanhurwitz.com

SOMMERS SCHWARTZ, P.C.
DAVID M. BLACK (P25047)
Attorneys for Plaintiff
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300
dblack@summerspc.com

DEMOREST LAW FIRM
Mark S. Demorest (P35912)
Attorneys for Defendant Watch Systems, LLC
322 W. Lincoln Ave., Suite 300
Royal Oak, MI 48067
(248) 723-5500
mark@demolaw.com

PHELPS DUNBAR LLP
GUY P. MCCONNELL
(Florida Bar No. 472967)
Attorneys for Defendant
Watch Systems, LLC
100 South Ashley Dr. Suite 1900
Tampa, FL 33602-5311
(813) 472-7577

PD.19773321.1

STEVEN T. BUDAJ, P.C.
STEVEN T. BUDAJ (P30154)
Attorneys for Plaintiff
65 Cadillac Square, Suite 2915
Detroit MI 48226
Ph. (313) 963-9330
stbudaj@counsel.cc

COLLINS EINHORN FARRELL
Michael J. Sullivan (P35599)
Colleen H. Burke (P63857)
Attorneys for Defendants K. Burger, KB Law Office, and Parker, Hayes & Lovinger
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141
michael.sullivan@CEFlawyers.com
colleen.vurke@CEFlawyers.com

MATTA BLAIR, PLC
Roger A. Smith (P27722)
Attorneys for Defendants City of Hillsdale, Officer Rathbun, and Officer Holtz
39572 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 593-6100
rsmith@mattablair.com

MICHIGAN ATTORNEY GENERAL
Erik A. Grill (P64713)
Dana Wood (P71955)
Attorneys for Defendants Marci Kelly and Melissa Marinoff
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
grille@michigan.gov

## AFFIDAVIT

I, Lou Luzynski, being over the age of 18 and first duly sworn, depose and state the following based on my personal knowledge.

1. I serve as the Managing Partner of Watch Systems, L.L.C. ("Watch Systems"). In my capacity as Managing Partner, I am familiar with the company's

- 2 -

PD.19773321.1

operations and contracts. I am also familiar with the products and services that Watch Systems provides, including OffenderWatch®.

2. Watch Systems is a Louisiana limited liability company with its principal place of business in Covington, Louisiana. All of Watch System's offices and employees are located in Covington, Louisiana, and not any other state, including Michigan.

3. Watch Systems offers software solutions, such as OffenderWatch®, to assist law enforcement and state agencies in maintaining sex offender registries.

4. In January of 2012, representatives of Michigan State Police ("MSP") contacted Watch Systems about the possibility of using OffenderWatch® to maintain its sex offender registry.

5. After remote negotiations, Watch Systems and MSP reached an agreement (the "Agreement") to provide access to OffenderWatch®, effective on November 15, 2012. After the Agreement was reached, MSP transferred all of its sex offender data onto OffenderWatch®.

6. Watch Systems' responsibilities under the Agreement are limited to providing MSP staff with log in information, training the MSP Staff, providing help desk support for MSP staff, and general troubleshooting functions to ensure OffenderWatch® is operating properly. All of these services, with the

exception of a brief in-person training, are conducted from Watch Systems' offices in Covington, Louisiana.

7. MSP has total control over the content of the sex offender data. MSP staff monitor and control the sex offender registry, add offenders to the registry, and remove offenders as needed. Watch Systems does not have any involvement in regulating the content. Watch Systems' obligations under the Agreement are limited to software management and IT services.

8. "Other than the Agreement with the Michigan State Police, Watch Systems does not have any contract with any other law enforcement agency or other party located in the State of Michigan."

COUNTY OF _St Tammany_

STATE OF _Louisiana_

BEFORE ME, the undersigned authority, on this _22_ day of _July_, 2016, personally appeared LOU LUZYNSKI, known to me to the be the person whose name is subscribed to the above and foregoing Affidavit, who, being by me the first duly sworn, upon oath states and acknowledges to me that the facts set forth in the foregoing Affidavit are true and correct to the best of my knowledge and belief.

Given under my hand and seal of office this _22_ day of _July_, 2016.

_[signature]_
LOU LUZYNSKI

_[signature]_
NOTARY PUBLIC
In and for the State of _Louisiana_
Bar Roll/Notary Number _____
My Commission expires _____
Printed Name _____

JULIAN J. RODRIGUE, JR.
NOTARY PUBLIC
BAR ROLL #11373
MY COMMISSION IS FOR LIFE

- 5 -