



8161 Total Views 15 Views Today

## OffenderWatch® Network

### Click on a state for more information

- Statewide OffenderWatch® Implementation
- OffenderWatch® Presence in State
- Prospective Clients
- ★ NCIC submissions

## OffenderWatch® Growing Nationwide



- Sex Offenders managed with Offende… (61%)
- Sex Offenders managed outside network (39%)



