UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

   Plaintiff,

vs.

HILLSDALE COUNTY, a Municipal Corporation; AGENTS CHRISTINE WAHTOLA, KWINN LEVA, LT. TIMOTHY PARKER; CITY OF HILLSDALE and OFFICERS SHELBY RATHBUN and OFFICER TODD HOLTZ; MICHIGAN STATE POLICE ANALYSTS MELISSA MARINOFF AND MARCI KELLY, in their individual capacities; WATCH SYSTEMS, L.L.C., a Louisana Corporation; and ATTORNEY KIMBERLEY BURGER, KB LAW OFFICE, P.C. AND PARKER, HAYES, & LOVINGER P.C. all jointly and severally,

   Defendants.

Case No: 16-cv-10253
Hon. Denise Page Hood
Mag. Judge: Elizabeth A. Stafford

*Stipulation and Order for the Dismissal of Kimberley Burger and Parker, Hayes & Lovinger*

## STIPULATION AND ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the Parties,

IT IS HEREBY ORDERED that Plaintiff's claims against Kimberley Burger and Parker, Hayes & Lovinger, PC only, are dismissed with prejudice and without costs. This order has no effect on plaintiff's claims against the

remaining defendants: County of Hillsdale, Christine Wahtola, Kwinn Leva, Lt. Timothy Parker, City of Hillsdale, Officers Shelby Rathbun and Todd Holtz, Michigan State Police Analysts Melissa Marinoff and Marci Kelley, and Watch Systems, LLC.

This does not resolve the last pending claim and does not close the case.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated:  January 25, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 25, 2017, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager

**Stipulated to as to form and content:**

| | |
|---|---|
| */s/ David M. Black *  * | */s/ Colleen H. Burke* |
| David M. Black (P25047) | Colleen H. Burke (P63857) |
| *Attorney for Plaintiff* | *Attorney for Defendants Burger and* |
| ***signed with permission – 1.20.17* |   *Parker, Hayes & Lovinger, PC* |