UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Hart,

                    Plaintiff(s),

v.                                     Case No. 2:16−cv−10253−DPH−EAS
                                         Hon. Denise Page Hood

Hillsdale, County of, et al.,

                    Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 733, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  April 24, 2017 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/L. Saulsberry
                                                                           Case Manager

Dated:  April 3, 2017