UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

           Plaintiff,

V

HILLSDALE COUNTY, a Municipal Corporation;
CHRISTINE WAHTOLA, KWINN LEVA,
LT. TIMOTHY PARKER; CITY OF HILLSDALE,
OFFICERS SHELBY RATHBUN, OFFICER TODD HOLTZ;
MICHIGAN STATE POLICE ANALYSTS MELISSA
MARINOFF and MARCI KELLEY, in their individual capacities;
WATCH SYSTEMS, L.L.C., a Louisiana Corporation;
and ATTORNEY KIMBERLEY BURGER, KB LAW OFFICE, P.C.
and PARKER, HAYES, & LOVINGER P.C.,
all jointly and severally,

           Defendants.

Case No. 16-cv-10253
Honorable Denise Page Hood
Magistrate Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| William H. Goodman (P14173) | James L. Dyer (P32544) |
| Julie H. Hurwitz (P34720) | Andrew J. Brege (P71474) |
| Kathryn Bruner James (P71374) | Johnson, Rosati, Schultz & Joppich, P.C. |
| Huwaida Arrah (NY #4707220) | Attorneys for Defendants Hillsdale |
| GOODMAN & HURWITZ, P.C. | Co., Christine Wahtola, Kwinn Leva |
| 1394 E. Jefferson Avenue | and Lt. Timothy Parker |
| Detroit, Michigan 48207 | 822 Centennial Way, Suite 270 |
| (313) 567-6170 | Lansing, MI 48917 |
| mail@goodmanhurwitz.com | (517) 886-3800 |
| | jdyer@jrsjlaw.com |
| | abrege@jrsjlaw.com |
| Steven T. Budaj (P30154) | |
| Steven T. Budaj, P.C. | |
| 65 Cadillac Square, Suite 2915 | |
| Detroit, MI 48226 | |
| 313-963-9330 | |
| stbudaj@counsel.cc | |

| | |
|---|---|
| David M. Black (P25047)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>dblack@sommerspc.com | Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendants Kelley & Marinoff<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>(517)373-6434<br>grille@michigan.gov |
| Mark S. Demorest (P35912)<br>Demorest Law Firm, PLLC<br>Attorneys for Defendant Watch Systems, LLC<br>322 W. Lincoln Ave.<br>Royal Oak, Michigan 48067<br>(248) 723-5500<br>mark@demolaw.com | Michael J. Sullivan (P35599)<br>Colleen H. Burke (P63857)<br>Collins Einhorn Farrell, P.C.<br>Attorneys for Defendants K. Burger, KB Law Office, Parker, Hayes & Lovinger<br>4000 Town Center, 9th Floor<br>Southfield, Michigan 48075<br>(248) 355-4141<br>Michael.Sullivan@CEFlawyers.com<br>Colleen.Burke@CEFlawyers.com |
| Guy P. McConnell (FL Bar No. 472967)<br>Phelps Dunbar, LLP<br>Attorneys for Defendant Watch Systems, L.L.C.<br>100 South Ashley Dr. Suite 1900<br>Tampa, FL 33602-5311<br>(813) 472-7577 | Roger A. Smith (P27722)<br>Matta Blair, PLC<br>Attorneys for Defendants City of Hillsdale, Officer Rathbun, and Officer Holtz<br>39572 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304<br>(248) 593-6100<br>rsmith@mattablair.com |

_____/

## INDEX OF EXHIBITS TO
## DEFENDANTS HILLSDALE COUNTY, CHRISTINE WAHTOLA, KWINN LEVA AND LT. TIMOTHY PARKER'S BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

2

| **Exhibit** | **Description** |
|---|---|
| Exhibit 1 | Report 13-0004174 |
| Exhibit 2 | Warrant Request & Disposition |
| Exhibit 3 | Felony Complaint, Case No. 2012001058 |
| Exhibit 4 | HPD Report |

    Respectfully submitted,

    JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

    /s/ Andrew J. Brege_____
    Andrew J. Brege
    Attorneys for Defendants Hillsdale County, Christine Wahtola, Kwinn Leva and Lt. Timothy Parker
    822 Centennial Way, Suite 270
    Lansing, MI 48917
    (517) 886-3800
    P71474

Dated: April 6, 2017