UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

              Plaintiff,

V

HILLSDALE COUNTY, a Municipal Corporation;
CHRISTINE WAHTOLA, KWINN LEVA,
LT. TIMOTHY PARKER; CITY OF HILLSDALE,
OFFICERS SHELBY RATHBUN, OFFICER TODD HOLTZ;
MICHIGAN STATE POLICE ANALYSTS MELISSA
MARINOFF and MARCI KELLEY, in their individual capacities;
WATCH SYSTEMS, L.L.C., a Louisiana Corporation;
and ATTORNEY KIMBERLEY BURGER, KB LAW OFFICE, P.C.
and PARKER, HAYES, & LOVINGER P.C.,
all jointly and severally,

              Defendants.

Case No. 16-cv-10253
Honorable Denise Page Hood
Magistrate Judge Elizabeth A. Stafford

_____/

| | |
|---|---|
| William H. Goodman (P14173) | James L. Dyer (P32544) |
| Julie H. Hurwitz (P34720) | Andrew J. Brege (P71474) |
| Kathryn Bruner James (P71374) | Johnson, Rosati, Schultz & Joppich, P.C. |
| Huwaida Arrah (NY #4707220) | |
| GOODMAN & HURWITZ, P.C. | Attorneys for Defendants Hillsdale |
| 1394 E. Jefferson Avenue | Co., Christine Wahtola, Kwinn Leva |
| Detroit, Michigan 48207 | and Lt. Timothy Parker |
| (313) 567-6170 | 822 Centennial Way, Suite 270 |
| mail@goodmanhurwitz.com | Lansing, MI 48917 |
| | (517) 886-3800 |
| | jdyer@jrsjlaw.com |
| | abrege@jrsjlaw.com |
| Steven T. Budaj (P30154) | |
| Steven T. Budaj, P.C. | |
| 65 Cadillac Square, Suite 2915 | |
| Detroit, MI 48226 | |
| 313-963-9330 | |
| stbudaj@counsel.cc | |

| | |
|---|---|
| David M. Black (P25047)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>dblack@sommerspc.com | Erik A. Grill (P64713)<br>Assistant Attorneys General<br>Attorneys for Defendants Kelley & Marinoff<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>(517)373-6434<br>grille@michigan.gov |
| Mark S. Demorest  (P35912)<br>Demorest Law Firm, PLLC<br>Attorneys for Defendant Watch Systems, LLC<br>322 W. Lincoln Ave.<br>Royal Oak, Michigan 48067<br>(248) 723-5500<br>mark@demolaw.com | Michael J. Sullivan (P35599)<br>Colleen H. Burke (P63857)<br>Collins Einhorn Farrell, P.C.<br>Attorneys for Defendants K. Burger, KB Law Office, Parker, Hayes & Lovinger<br>4000 Town Center, 9th Floor<br>Southfield, Michigan 48075<br>(248) 355-4141<br>Michael.Sullivan@CEFlawyers.com<br>Colleen.Burke@CEFlawyers.com |
| Guy P. McConnell (FL Bar No. 472967)<br>Phelps Dunbar, LLP<br>Attorneys for Defendant Watch Systems, L.L.C.<br>100 South Ashley Dr. Suite 1900<br>Tampa, FL 33602-5311<br>(813) 472-7577 | Roger A. Smith (P27722)<br>Matta Blair, PLC<br>Attorneys for Defendants City of Hillsdale, Officer Rathbun, and Officer Holtz<br>39572 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304<br>(248) 593-6100<br>rsmith@mattablair.com |

_____/

**INDEX OF UNPUBLISHED AUTHORITIES TO DEFENDANTS HILLSDALE COUNTY, CHRISTINE WAHTOLA, KWINN LEVA AND LT. TIMOTHY PARKER'S BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

1. ***Johnson v. Bank of Am. Corp.***, No. 1:11-CV-1284, 2013 WL 664906, (W.D. Mich. Feb. 22, 2013)

2. ***McGee v. City of Cincinnati Police Dep't***, No. 1:06–CV–726, 2007 WL 1169374 (S.D. Ohio Apr.18, 2007)

      Respectfully submitted,

      JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

      /s/ Andrew J. Brege_____
      Andrew J. Brege
      Attorneys for Defendants Hillsdale County, Christine Wahtola, Kwinn Leva and Lt. Timothy Parker
      822 Centennial Way, Suite 270
      Lansing, MI 48917
      (517) 886-3800
      P71474

Dated: April 6, 2017