# INDEX OF EXHIBITS

*Anthony Hart v Hillsdale County, et al*

*16-cv-10253*

*Motion to Dismiss and/or for Summary Judgment by Defendants Rathbun, Holtz and the City of Hillsdale*

| | | | |
|---|---|---|---|
| **A** | Amended First Amended Complaint | Doc # 22 | *filed 4-26-16* |
| **B** | Proposed Second Amended Complaint | Doc # 43-1 | *filed 6-21-16* |
| **C** | Order Granting Defendant Marinoff's & Kelley's Motion to Dismiss | Doc # 66 | *filed 3-31-17* |
| **D** | Rathbun's Investigative Case File & Incident Report | | *1-23-14 to 4-8-17* |
| **E** | Rathbun's Warrant Request & Authorization | | *1-24-14* |
| **F** | Rathbun's Request for Certified SOR Records | | *2-6-14* |
| **G** | MSP's Response to Request for Certified SOR Records & Certified Records | | *2-10-14* |
| **H** | Order Granting in Part and Denying in Part Plaintiff's Motion for Leave to File Second Amended Complaint Doc # 68 | | *3-31-17* |