# EXHIBIT G

# MSP's Response to Request for Certified SOR Records & Certified Records

*(dated 2-10-14)*



EX-200 (01/2006)
MICHIGAN STATE POLICE

# FAX TRANSMITTAL SHEET

| | DATE February 10, 2014 | TIME | ☐ Urgent | DRIVE MICHIGAN SAFELY |
|---|---|---|---|---|
| ☐ FYI | ☐ At Your Request | | Number of Pages (including Cover) | |
| Transmitted To | | | Fax Number | |
| Attn: Officer Shelby Rathbun | | | 517-437-6484 | |
| From Stella J. Cabrera, Sex Offender Registry | | | Telephone Number 517-241-1806 | FAX Number 517-241-1868 |

E-Mail Address
cabreras@michigan.gov

ACKNOWLEDGMENT REQUESTED
☐ YES  ☒ NO

If "YES" is checked, please complete this section and FAX this sheet back to the sender.

RECEIPT ACKNOWLEDGED BY

DATE            TIME

COMMENTS OR INSTRUCTIONS
Re: HART, ANTHONY CARLOS ▓▓▓ 1984  S12242581

—1



**STATE OF MICHIGAN**
DEPARTMENT OF STATE POLICE
LANSING

RICK SNYDER
GOVERNOR

COL. KRISTE KIBBEY ETUE
DIRECTOR

February 10, 2014

Hillsdale City Police Department
Attn: Officer Shelby Rathbun
97 North Broad Street
Hillsdale, Michigan 49242

Dear Officer Rathbun:

RE: HART, ANTHONY CARLOS        DOB: ▇▇▇▇1984

I hereby certify, as custodian of the Michigan Sex Offender Registration records, the attached document contains one true copy of the "Sex Offender Registration" and one true copy of the "Explanation of Duties to Register as a Sex Offender." These certified copies are issued pursuant to MCL 28.201.

Sincerely,

Marci Kelley
Department Analyst
Criminal Justice Information Center
Sex Offender Registry Unit

MK/sc


Subscribed and sworn before me, this 10th day of February, 2014.
Sabrina Hornby
Notary Public
Clinton County State of Michigan
Acting in the County of Ingham

_____
(Signature)

My Commission expires December 24, 2017.



-2

MICHIGAN STATE POLICE HEADQUARTERS • 333 SOUTH GRAND AVENUE • P.O. BOX 30634 • LANSING, MICHIGAN 48909
www.michigan.gov/msp • (517) 241-1806

# State of Michigan
## SEX OFFENDER REGISTRATION
### Certified Record

This certified record was printed on 02/10/2014 for official court use only.

## OFFENDER INFORMATION:

| | | | |
|---|---|---|---|
| Name: | HART, ANTHONY CARLOS | DOB: | 1984 |
| Race: | White | Sex: | Male |
| Height: | 510 | Weight: | 228 |
| Hair: | Blond or Strawberry | Eyes: | Blue |
| Finger Prints: | Yes | Palm Prints: | Yes |
| Tier Level: | TIER 2 | Phone #: | |
| DNA Available: | Y | DNA Location: | CONTACT LAB |
| MDOC #: | 600114 | FBI #: | |
| SID #: | 2169834X | Social Security #: | |
| Driver's License #: | | PID #: | H6300670524 |
| Scars, Marks, Tattoos: | Other Physical Characteristics - PIERCED LIP, LOWER | | |

**SORN #:** S12242581

## OFFENSE INFORMATION:

Conviction Type: Michigan Adult
Conviction Date:
Conviction Statute: 750.520E (CRIMINAL SEXUAL CONDUCT 4TH DEGREE (MULTIPLE VARIABLES))

## REGISTRATION REQUIREMENTS:

| | | | |
|---|---|---|---|
| Registration Duration: | CO | Registration Begin Date: | 08/03/2001 |
| Registration End Date: | 02/20/2054 | Verification Frequency: | SEMI-ANNUAL |
| Fee Payment Made: | $35 | Forms Signed: | Current Notification |
| | | | Current Notification |
| | | | 2004 Notification |
| | | | 2002 Campus Notification |

## ADDRESS INFORMATION:

| Begin Date | End Date | Address | Phone | Agency ORI | Alert Date | Alert ORI |
|---|---|---|---|---|---|---|
| 01/24/2014 | | 303 HEATHCLIFF DR HILLSDALE MI 49242 | | MI3013000 | | |
| 01/23/2014 | 01/24/2014 | HILLSDALE COUNTY JAIL 165 W FAYETTE ST HILLSDALE MI 49242 | | MI3013000 | | |
| 12/30/2013 | 01/23/2014 | 57 S HOWELL ST HILLSDALE MI 49242 | | MI3013000 | | |
| 12/23/2013 | 12/30/2013 | 303 HEATHCLIFF HILLSDALE MI 49242-1548 | | MI3013000 | | |
| 12/16/2013 | 12/23/2013 | 57 S HOWELL ST HILLSDALE MI 49242 | | MI3013000 | | |
| 12/12/2013 | 12/16/2013 | 303 HEATHCLIFF HILLSDALE MI 49242-1548 | | MI3013000 | | |
| 12/09/2013 | 12/12/2013 | 57 S HOWELL ST HILLSDALE MI 49242 | | MI3013000 | | |
| 10/15/2013 | 12/09/2013 | 20 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 10/12/2013 | 10/15/2013 | HILLSDALE MI 49242 | | MI3013000 | | |

-3

Page 1 of 4

CERTIFIED

## State of Michigan
## SEX OFFENDER REGISTRATION
### Certified Record

**ADDRESS INFORMATION:**

| Begin Date | End Date | Address | Phone | Agency ORI | Alert Date | Alert ORI |
|---|---|---|---|---|---|---|
| 10/11/2013 | 10/12/2013 | HILLSDALE MI 49242 | [redacted] | MI3013000 | | |
| 10/09/2013 | 10/11/2013 | HILLSDALE MI 49242 | [redacted] | MI3013000 | | |
| 09/13/2013 | 10/09/2013 | 3241 W CARLETON HILLSDALE MI 49242 | | MI3013000 | | |
| 08/21/2013 | 09/13/2013 | 80 HILLSDALE ST HILLSDALE MI 49242-1209 | | MI3013000 | | |
| 07/26/2013 | 08/21/2013 | 20 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 07/18/2013 | 07/26/2013 | 76 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 07/17/2013 | 07/18/2013 | HILLSDALE COUNTY JAIL 165 W FAYETTE ST HILLSDALE MI 49242 | [redacted] | MI3013000 | | |
| 07/05/2013 | 07/17/2013 | 79 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 07/03/2013 | 07/05/2013 | HILLSDALE MI 49242 | | MI3013000 | | |
| 02/05/2013 | 07/03/2013 | 20 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 01/30/2013 | 02/05/2013 | NORTH ADAMS MI 49262 | | MI3013000 | | |
| 01/08/2013 | 01/30/2013 | 20 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 01/07/2013 | 01/08/2013 | HILLSDALE COUNTY JAIL 165 W FAYETTE ST HILLSDALE MI 49242 | [redacted] | MI3013000 | | |
| 06/01/2012 | 01/07/2013 | 20 BUDLONG ST HILLSDALE MI 49242 | | MI3013000 | | |
| 06/18/2012 | 08/01/2012 | HILLSDALE MI 49242 | | MI3013000 | | |
| 04/04/2012 | 05/11/2012 | HILLSDALE MI 49242 | | MI3013000 | | |
| 04/04/2012 | 04/04/2012 | HILLSDALE COUNTY JAIL 165 W FAYETTE ST HILLSDALE MI 49242 | [redacted] | MI3013000 | | |
| 11/15/2011 | 04/04/2012 | TAWAS CITY MI 48763 | | MI3513500 | | |
| 02/10/2011 | 11/15/2011 | IOSCO COUNTY JAIL 428 LAKE TAWAS CITY MI 48763 | [redacted] | MI3513500 | | |
| 02/04/2011 | 02/10/2011 | 992 E PARKWAY TAWAS CITY MI 48763 | | MI3513500 | | |
| 01/11/2011 | 02/04/2011 | IOSCO COUNTY JAIL 428 LAKE TAWAS CITY MI 48763 | [redacted] | MI3513500 | | |
| 12/14/2010 | 01/11/2011 | 992 E PARKWAY TAWAS CITY MI 48763 | | MI3513500 | | |
| 12/14/2010 | 12/14/2010 | 513 W STATE ST EAST TAWAS MI 48730 | | MI3513500 | | |
| 12/13/2010 | 12/14/2010 | IOSCO COUNTY JAIL 428 LAKE TAWAS CITY MI 48763 | [redacted] | MI3513500 | | |
| 08/10/2010 | 12/13/2010 | 513 W STATE ST EAST TAWAS MI 48730 | | MI3503200 | | |
| 06/03/2010 | 08/10/2010 | 513 W STATE ST EAST TAWAS MI 48730 | | MI3513500 | | |

- 4

Page 2 of 4

# State of Michigan
## SEX OFFENDER REGISTRATION
### Certified Record

## ADDRESS INFORMATION:

| Begin Date | End Date | Address | Phone | Agency ORI | Alert Date | Alert ORI |
|---|---|---|---|---|---|---|
| 06/02/2010 | 06/03/2010 | 5524 SUNSET CT<br>OSCODA MI 48750 | | MI3513500 | | |
| 06/01/2010 | 06/02/2010 | IOSCO COUNTY JAIL<br>428 LAKE<br>TAWAS CITY MI 48763 | | MI3513500 | | |
| 02/11/2010 | 06/01/2010 | 5524 SUNSET CT<br>OSCODA MI 48750 | | MI3513500 | | |
| 02/11/2010 | 02/11/2010 | IOSCO COUNTY JAIL<br>428 LAKE<br>TAWAS CITY MI 48763 | | MI3513500 | | |
| 07/14/2009 | 02/11/2010 | 5524 SUNSET CT<br>OSCODA MI 48750 | | MI3513500 | | |
| 11/21/2008 | 07/14/2009 | 3245 N US 23<br>OSCODA MI 48750 | | MI3013000 | | |
| 08/25/2008 | 11/21/2008 | 306 GRISWOLD ST<br>HILLSDALE MI 49242 | | MI3013000 | | |
| 08/21/2008 | 08/25/2008 | HILLSDALE COUNTY JAIL<br>165 W FAYETTE<br>HILLSDALE MI 49242 | | MI3013000 | | |
| 08/12/2008 | 08/21/2008 | 306 GRISWOLD ST<br>HILLSDALE MI 49242 | | MI3013000 | | |
| 02/05/2008 | 08/12/2008 | 101 WILLIAMS CT APT 2<br>HILLSDALE MI 49242 | | MI330185C | | |
| 08/16/2007 | 02/05/2008 | GUS HARRISON<br>CORRECTIONAL FACILITY<br>2727 E BEECHER ST<br>ADRIAN MI 49221 | | MI330185C | | |
| 05/31/2006 | 08/16/2007 | CLOSED-CONVERTED PRISON<br>ADDRESS RECORD<br>38 FOURTH ST<br>COLDWATER MI 49036 | | MI380015C | | |
| 05/11/2006 | 05/31/2006 | MICH DEPT OF CORRECTIONS<br>LANSING MI 48910 | | MI380015C | | |
| 03/20/2006 | 05/11/2006 | W JAIL 165 FAYETTE ST<br>HILLSDALE MI 49242 | | MI3013000 | | |
| 08/03/2001 | 03/20/2006 | 3280 KNOWLES RD<br>HILLSDALE MI 49242 | | MI3013000 | | |

## VERIFICATION INFORMATION:

| Verification Period | Verification Date | Agency ORI | Alert Date |
|---|---|---|---|
| JAN 2014 | 01/23/2014 | MI3013000 | |
| JUL 2013 | 07/03/2013 | MI3013000 | |
| JAN 2013 | 01/08/2013 | MI3013000 | |
| JUL 2012 | 07/09/2012 | MI3013000 | |
| JAN 2012 | 01/09/2012 | MI3513500 | |
| JAN 2011 | 01/07/2011 | MI3513500 | |
| OCT 2010 | 10/09/2010 | MI3513500 | |
| JUL 2010 | 07/05/2010 | MI3513500 | |
| APR 2010 | 04/01/2010 | MI3513500 | |
| JAN 2010 | 03/09/2010 | MI3503200 | |
| OCT 2009 | 10/06/2009 | MI3513500 | |
| JUL 2009 | 07/07/2009 | MI3513500 | |
| APR 2009 | 04/07/2009 | MI3513500 | |
| JAN 2009 | 01/06/2009 | MI3513500 | |

-5



# State of Michigan
## SEX OFFENDER REGISTRATION
### Certified Record

## VERIFICATION INFORMATION:

| Verification Period | Verification Date | Agency ORI | Alert Date |
|---|---|---|---|
| OCT 2008 | 10/09/2008 | MI3013000 | |
| JUL 2008 | 07/11/2008 | MI3013000 | |
| APR 2008 | 04/02/2008 | MI3013000 | |
| | 04/02/2006 | MI3013000 | |

## CAMPUS INFORMATION:

## VEHICLE INFORMATION:

| Begin Date | End Date | Vehicle Type | Vehicle | Agency ORI | Alert Date | Alert ORI |
|---|---|---|---|---|---|---|
| 04/04/2012 | 07/03/2013 | Automobile | Personal 1997, Pontiac, Grand Prix, White HILLSDALE COUNTY AREA, HART IS HOMELESS | MI3013000 | | |

## EMPLOYMENT INFORMATION:

| Begin Date | End Date | Employer | Agency ORI | Alert Date | Alert ORI |
|---|---|---|---|---|---|
| 11/19/2013 | | SUD-Z COIN 166 LEWIS ST HILLSDALE MI 49242 | MI3013000 | | |
| 08/21/2013 | 10/03/2013 | PIZZA HUT 508 W CARLETON HILLSDALE MI 49242-9341 | MI3013000 | | |

## ALIAS INFORMATION:

| Alias Type | Alias | Agency ORI | Date Modified |
|---|---|---|---|
| Email Address | ███████ | MI3013000 | 10/09/2013 |
| Email Address | ███████ | MI3013000 | 10/09/2013 |
| Email Address | ███████ | MI3013000 | 10/09/2013 |
| Email Address | ███████ | MI3513500 | 01/09/2012 |
| Screen Name | ███████ | MI3013000 | 10/09/2013 |

−6

CERTIFIED

DCH-1A (7/11)
Michigan State Police

## State of Michigan
## SEX OFFENDER REGISTRATION
## EXPLANATION OF DUTIES TO REGISTER AS A SEX OFFENDER

Pursuant to Michigan Sex Offenders Registration Act (MCL 28.721 to 28.736) and the Adam Walsh Child Protection and Safety Act (42 United States Code 16911), you are hereby notified of your responsibilities to register as a convicted sex offender.

| Offender Name | Tier Level | Date of Birth |
|---|---|---|
| HART, ANTHONY CARLOS | TIER 2 | ███ 1984 |

| Social Security # | SID # | FBI # | MDOC # | SORN # |
|---|---|---|---|---|
| ███ | ███ | ███ | 600114 | 812242581 |

The offender must initial each of the following:

*AH* 1. I am required by law to register as a sex offender. Failure to register as required by law is a felony and may result in prosecution. MCL 28.723(1).

   a. If I am a Tier I offender, I must register for 15 years. MCL 28.725(10)
   b. If I am a Tier II offender, I must register for 25 years. MCL 28.725(11)
   c. If I am a Tier III offender, I must register for the remainder of my life. MCL 28.725(12)

*AH* 2. I am required to sign the required registration form(s). Failure to sign the required registration form(s) is a misdemeanor and may result in criminal prosecution.

*AH* 3. I am required by law to verify my address by reporting in-person and providing proof of residency at a local law enforcement agency, sheriff's office, or Michigan State Police post that has jurisdiction over my residence. Failure to verify my address as required by law is a misdemeanor and may result in prosecution.

   a. If I am a Tier I offender, I am required by law to verify my address once every year during the first 15 days of January. MCL 28.725a(3)(a)
   b. If I am a Tier II offender, I am required by law to verify my address twice yearly, once during the first 15 days of January and once during the first 15 days of July. MCL 28.725a(3)(b)
   c. If I am a Tier III offender, I am required by law to verify my address four times a year, once during the first 15 days of January, once during the first 15 days of April, once during the first 15 days of July, and once during the first 15 days of October. MCL 28.725a(3)(c)

*AH* 4. Upon registering as a sex offender, I am required by law to provide the following information:

   a. My legal name and any aliases, nicknames, tribal names, ethnic names, and any other name by which I have been known. MCL 28.727(1)(a)
   b. My social security number and any social security numbers or alleged security number that I have previously used. MCL 28.727(1)(b)
   c. My date of birth and any alleged dates of birth that I have previously used. MCL 28.727(1)(c)
   d. The address where I reside or will reside. If I do not have a residential address then I must provide the location that I use in lieu of a residence. If I am homeless then I must provide the name of the village, city, or township where I spend or will spend the majority of my time. MCL 28.727(1)(d)
   e. The name and address of any temporary lodging used or to be used when I am away from my residence for more than seven days. MCL 28.727(1)(e)
   f. The name and address of each of my employers. "Employers" includes contractors. If my employment location is not in a fixed location then I must provide the general areas where I work and the normal travel routes that I take while working. MCL 28.727(1)(f)
   g. The name and address of any school that I attend or that has accepted me if I plan to attend. MCL 28.727(1)(g)
   h. All telephone numbers registered to me or that I routinely use. MCL 28.727(1)(h)
   i. All electronic mail (e-mail) addresses and instant message addresses assigned to me or that I routinely use and all login names and other identifiers that I use when using e-mail or instant messaging. MCL 28.727(1)(i)
   j. The license plate number, registration number, and description of any motor vehicle, aircraft, or vessel that I own or regularly operate and the location where they are routinely stored. MCL 28.727(1)(j)
   k. My passport and all other immigration documents that I may have. MCL 28.727(1)(l)
   l. All occupational and professional licensing information that I may have. MCL 28.727(1)(m)

*AH* 5. During my verification periods, I am required by law to review all of my registration information for accuracy. MCL 28.725a(4).

*AH* 6. I am required by law to report in person within three business days to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence, all of the following:

   a. My new address after changing or vacating my residence within the state of Michigan. If I am homeless or lack a fixed or temporary residence, I am required by law to provide the village, city, or township where I spend the majority of my time. MCL 28.725(1)(a)

   b. The name and address of my employer upon obtaining, changing, or discontinuing employment, including volunteer work. MCL 28.725(1)(b)

Page 1 of 2

DD-4A (7/11)
Michigan State Police

## State of Michigan
## SEX OFFENDER REGISTRATION
## EXPLANATION OF DUTIES TO REGISTER AS A SEX OFFENDER

c. The name and location of the school upon enrolling or discontinuing enrollment at an institution of higher learning. MCL 28.725(1)(c)

d. My new name upon changing my name. MCL 28.725(1)(d)

e. my temporary address and dates of travel if I intend to temporarily reside at any place other than my residence for more than seven days. MCL 28.725(1)(e) and MCL 28.727(1)(e)

f. Any electronic mail ("e-mail") address, instant messaging address, or any other designation used in internet communications upon establishing it. MCL 28.725(1)(f)

g. The license plate number or registration number, description, and location stored or kept of any vehicle that I own or regularly operate. MCL 28.725(1)(g)

h. My new address prior to changing my residence to another state. MCL 28.725(6)

Failure to report as required by law is a felony and may result in prosecution.

*AH* 7. I am required by law to provide my new or temporary address by reporting in person to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence 21 days prior to traveling to another country or changing my residence to another country. Failure to report this information is a felony and may result in criminal prosecution. MCL 28.725(7)

*AH* 8. The Michigan Department of Corrections may not release me until I provide the address of my proposed place of residence. A county jail located within Michigan will not release me until I provide the address of my proposed place of residence. MCL 28.725(3) and MCL 28.725(4)

*AH* 9. I am required by law to maintain either a valid Michigan operator's or chauffeur's license or Michigan personal identification card with a digitized photograph. This card may be used as proof of residence. Other proof of residency may be required, such as a voter registration card, utility bill, or other bill. Unless otherwise specified by law, my digitized photograph will be included on the public sex offender registry website. Failure to maintain the proper identification is a misdemeanor and may result in criminal prosecution. MCL 28.725a (7) and MCL 28.725a (8)

*AH* 10. I am required by law to pay a one-time registration fee of $50.00. If I am determined to be indigent by the collecting agency, this fee will be temporarily waived for 90 days. I am not required to pay this fee if I have already paid the $35.00 registration fee that was previously required. Failure to pay the registration fee is a misdemeanor and may result in criminal prosecution. MCL 28.725a (6) and MCL 28.724a (5)

*AH* 11. I am required by law to have my fingerprints and palm prints taken if they are not already on file with the department of State Police. Those fingerprints and palm prints will be forwarded to the Federal Bureau of Investigation if they are not already on file with the Federal Bureau of Investigation. I must be reprinted if my fingerprints or palm prints were expunged and/or returned to me. MCL 28.727(1) (q)

*AH* 12. Unless otherwise specified by law, I am prohibited by law from residing or working within 1,000 feet from any building, facility, structure, or real property owned, leased, or otherwise controlled by a public, private, denominational, or parochial school offering developmental kindergarten, kindergarten, or any grade from one through twelve. Residing or working within a student safety zone is a misdemeanor and may result in criminal prosecution. MCL 28.735(1), MCL 28.734(1) (a)

*AH* 13. I am prohibited by law from loitering within 1,000 feet from any building, facility, structure, or real property owned, leased, or otherwise controlled by a public, private, denominational, or parochial school offering developmental kindergarten, kindergarten, or any grade from one through twelve. Loitering in a student safety zone is a misdemeanor and may result in criminal prosecution. MCL 28.734(1) (b)

*AH* 14. It is a felony to knowingly provide false or misleading information concerning a registration, notice, or verification, and doing so may result in prosecution. MCL 28.727(8)

*AH* 15. I acknowledge that I have read the above requirements and/or had them read to me.

Signature of Offender

Signature of Parent of Guardian (Juvenile Offenders Only)

4-4-12
Date

Signature of Notifying Official

Christine Waleda Dispatcher
Printed Name/Rank or Position of Notifying Official

Hillsdale CoShentt  MI2013000
Notifying Agency                       ORI

Page 2 of 2

-8

CERTIFIED