UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

    Plaintiff,

vs.

HILLSDALE COUNTY, a Municipal
Corporation; AGENTS CHRISTINE WAHTOLA;
KWINN LEVA; LT. TIMOTHY PARKER;
CITY OF HILLSDALE and OFFICERS SHELBY
RATHBUN and OFFICER TODD HOLTZ;
MICHIGAN STATE POLICE ANALYSTS
MELISSA MARINOFF and MARCI KELLY, in
Their individual capacities; WATCH SYSTEMS,
LLC, a Louisiana Corporation; and ATTORNEY
KIMBERLEY BURGER, KB LAW OFFICE, P.C.
and PARKER, HAYES & LOVINGER, P.C.,
all jointly and severally,

    Defendants.

Case No. 16-cv-10253
Hon. Denise Page Hood
Mag. Judge Elizabeth A. Stafford

_____

**WILLIAM H. GOODMAN (P14173)**
**JULIE H. HURWITZ (P34720)**
**KATHRYN BRUNER JAMES (P71374)**
**HUWAIDA ARRAF (New York Bar #4707220)**
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI  48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

**STEVEN T. BUDAJ (P30154)**
Attorney for Plaintiff
65 Cadillac Square, Ste. 2915
Detroit, MI  48226
(313) 963-9330
Stbudaj@counsel.cc

**ROGER A. SMITH (P27722)**
Attorney for City of Hillsdale, Officers
Rathbun & Holtz
39572 Woodward Avenue, Ste. 200
Bloomfield Hills, MI  48304
(248) 593-6100
rsmith@mattablair.com

| | |
|---|---|
| **DAVID M. BLACK (P25047)**<br>Attorney for Plaintiff<br>One Towne Square, Ste. 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>dblack@sommerspc.com | **ERIK A. GRILL (P64713)**<br>**DANA WOOD (P71955)**<br>Attorneys for Defendants Marci Kelly and Melissa Marinoff<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>grille@michigan.gov |
| **JAMES L. DYER (P32544)**<br>Attorney for Defendants Hillsdale County, Wahtola, and Parker<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>jdyer@jrsjlaw.com | **DALE A. ROBINSON (P55522)**<br>Attorney for Defendant Watch Systems<br>333 W. Fort Street, Ste. 1600<br>Detroit, MI 48226<br>(313) 965-6100<br>Drobinson@rmrtt.com |

_____

### DEFENDANT WATCH SYSTEMS, LLC'S PRELIMINARY DESIGNATION OF POTENTIALLY RESPONSIBLE NON-PARTIES AT FAULT

Defendant Watch Systems, LLC, by and through its attorneys, Rutledge, Manion, Rabaut, Terry & Thomas, P.C., and in accordance with MCL § 600.2957, hereby provides its preliminary notice to all parties and the Court that the following non-party may be wholly or partially at fault for the incident, occurrence, injuries and damages claimed in Plaintiff's Complaint and that the relative proportion of fault of these non-parties will be an issue raised by Defendant Watch Systems, Inc. at trial.

The fault of the non-parties may arise as a result of the following or as a result of one or more of the claims or theories of liability set forth in Plaintiff's Complaint

2

and any Amended Complaints, Counterclaims, amended Counterclaims, and Third Party Complaints and amended Third Party Complaints.  The potentially responsible non-parties would include, but not be limited to, the following:

 1. Marci Kelley
    Melissa Marinoff
    Michigan State Police
    State of Michigan

In his Complaint, Plaintiff alleges that Defendant Watch Systems, LLC failed to remove Plaintiff's name from the Michigan Sex Offender Registry for several years after Plaintiff was no longer required to register or be published to the registry. During the relevant time period, Marci Kelley and Melissa Marinoff were employed by the Michigan State Police, State of Michigan.  These individuals and the Michigan State Police were responsible for inputting the names on the registry and maintaining and updating the registry.  Defendant Watch Systems, LLC did not have a duty to input names or alter/edit the registry when an individual was to be removed from the Sex Offender Registry.

The duties of Watch Systems, LLC and the State of Michigan, through the Michigan State Police, are clearly defined in MCL 28.728, et seq., in the contract between the State of Michigan and Watch Systems, LLC, and in 47 USC §230. Watch Systems, LLC only provided the template for the registry program, and only from 2013 forward.  As a result of Kelley, Marinoff, Michigan State Police and State of Michigan's negligence in having the sole responsibility for inputting names and

3

altering/editing the database, they are being identified as potentially responsible non-parties at fault along with their employers, who would be vicariously liable for their negligence.

          **RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C.**

          <u>s/ Dale A. Robinson</u>
          By: DALE A. ROBINSON (P55522)
          Attorney for Defendant Watch Systems
          333 West Fort Street, Ste. 1600
          Detroit, MI 48226
          (313) 965-6100

Dated: October 12, 2017.

## CERTIFICATE OF SERVICE

    I, Linda S. Haller, hereby certify and say that I am employed by the law firm of RUTLEDGE, MANION, RABAUT, TERRY & THOMAS, P.C., and that on the 12th day of October, 2017, I electronically filed the foregoing paper with the Clerk of the Court using e-filing system which will send notification of such filing to all counsel of record.

    I declare that the statements above are true to the best of my information, knowledge and belief.

          s/ Linda S. Haller