UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Hart,

                Plaintiff(s),

v.                                          Case No. 2:16−cv−10253−DPH−EAS
                                                          Hon. Denise Page Hood

Hillsdale, County of, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion to Strike − #112

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: <u>s/L. Saulsberry</u>
                                                        Case Manager

Dated:  January 30, 2018