UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

    Plaintiff/Appellee,

-vs-                                   District Ct. No. 16-10253

**NOTICE OF APPEAL**

COUNTY OF HILLSDALE, et. al.,

    Defendants/Appellants.

_____/

| | |
|---|---|
| GOODMAN & HURWITZ, P.C.<br>William H. Goodman (P14173)<br>Julie H. Hurwitz (P34720)<br>Kathryn Bruner James (P71374)<br>Huwaida Arrah (NY #4707220)<br>1394 E. Jefferson Avenue<br>Detroit, Michigan 48207<br>(313) 567-6170<br>mail@goodmanhurwitz.com | ATTORNEY GENERAL'S OFFICE<br>Erik A. Grill (P64713)<br>Attorneys for Kelley & Marinoff<br>P.O. Box 30736<br>Lansing, Michigan 48909<br>(517)373-6434<br>grille@michigan.gov |
| STEVEN T. BUDAJ, P.C.<br>Steven T. Budaj (P30154)<br>Attorneys for Plaintiff<br>65 Cadillac Square, Suite 2915<br>Detroit, MI 48226<br>313-963-9330<br>stbudaj@counsel.cc | COLLINS EINHORN FARRELL, P.C.<br>Michael J. Sullivan (P35599)<br>Colleen H. Burke (P63857)<br>Attorneys for K. Burger, KB Law<br>Office, Parker, Hayes & Lovinger<br>4000 Town Center, 9th Floor<br>Southfield, Michigan 48075<br>(248) 355-4141<br>Michael.Sullivan@CEFlawyers.com<br>Colleen.Burke@CEFlawyers.com |
| SOMMERS SCHWARTZ, P.C.<br>David M. Black (P25047)<br>Attorneys for Plaintiff<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>(248) 355-0300<br>dblack@sommerspc.com | MATTA BLAIR, PLC<br>Roger A. Smith (P27722)<br>Attorneys for City of Hillsdale, Rathbun, and Holtz<br>39572 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304<br>(248) 593-6100<br>rsmith@mattablair.com |

| | |
|---|---|
| DEMOREST LAW FIRM, PLLC<br>Mark S. Demorest  (P35912)<br>Attorneys for WatchSystems, LLC<br>322 W. Lincoln Ave.<br>Royal Oak, Michigan 48067<br>(248) 723-5500<br>mark@demolaw.com<br><br>PHELPS DUNBAR, LLP<br>Guy P. McConnell (FL Bar No. 472967)<br>Attorneys for Watch Systems, L.L.C.<br>100 South Ashley Dr. Suite 1900<br>Tampa, FL 33602-5311<br>(813) 472-7577 | JOHNSON,  ROSATI,  SCHULTZ & JOPPICH, P.C.<br>By:  Marcelyn A. Stepanski  (P44302)<br>Attorney for Hillsdale Co, Wahtola, Leva and Parker<br>27555 Executive Drive, Ste. 250<br>Farmington Hills, MI  48331-3550<br>(248) 489-4100<br>mstepanski@jrsjlaw.com |

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Defendants HILLSDALE COUNTY, CHRISTINE WAHTOLA, KWINN LEVA, AND LT. TIMOTHY PARKER, in the above-captioned matter, appeal to the United States Court of Appeals for the Sixth Circuit from [Doc#122] Order Denying Motions to Dismiss Filed by County Defendants  [#70] and City Defendants [#83], entered in this action on February 21, 2018, by the Hon. Denise Page Hood, of the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.

s/  MARCELYN A. STEPANSKI
Attorney for Hillsdale, Wahtola, Leva and Parker
27555 Executive Drive, Ste. 250

2

                Farmington Hills, MI 48331
                (248) 489-4100
                mstepanski@jrsjlaw.com

Dated: March 16, 2018

---

### CERTIFICATE OF SERVICE

I certify that on March 16, 2018, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/Marcelyn A. Stepanski

---