UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

       Plaintiff,

-vs-

HILLSDALE COUNTY,
    a Municipal Corporation;
AGENTS CHRISTINE WAHTOLA, KWINN LEVA,
and LT. TIMOTHY PARKER;
CITY OF HILLSDALE and
OFFICER SHELBY RATHBUN and
OFFICER TODD HOLTZ;
MICHIGAN STATE POLICE ANALYSTS
MELISSA MARINOFF and
MARCI KELLEY,
    in their individual capacities,
WATCH SYSTEMS, L.L.C.,
    a Louisiana corporation,
all jointly and severally,

       Defendants.

Case No.  16-cv-10253
Hon. Denise Page Hood
Mag. Judge Elizabeth A. Stafford

**NOTICE OF APPEAL**

---

GOODMAN AND HURWITZ, P.C.
WILLIAM H. GOODMAN  P14173
JULIE H. HURWITZ  P34720
KATHRYN BRUNER JAMES  P71374
HUWAIDA ARRAF (NY#4707220)
Counsel for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI  48207
Ph. (313) 567-6170   Fax (313) 567-4827
mail@goodmanhurwitz.com

SOMMERS SCHWARTZ, P.C.
DAVID M. BLACK  P25047
Counsel for Plaintiff
One Towne Square, Suite 1700
Southfield, MI  48076
Ph. (248) 355-0300
dblack@sommerspc.com

VANDEVEER GARZIA, P.C.
ROGER A. SMITH (P27722)
Counsel for Defendants City of Hillsdale,
Officer Rathbun and Officer Holtz
840 West Long Lake Road, Ste. 600
Troy, MI  48098
Ph. (248) 312-2800   Fax 248-879-0042
rsmith@vgpclaw.com

MICHIGAN ATTORNEY GENERAL
ERIK A. GRILL (P64713)
DANA WOOD (P71955)
Attorneys for Defendants Marci Kelley and
Melissa Marinoff
PO Box 30736
Lansing, MI 48909
Ph. (517) 373-6434
grille@Michigan.gov

| | |
|---|---|
| STEVEN T. BUDAJ, P.C.<br>STEVEN T. BUDAJ  P30154<br>Counsel for Plaintiff<br>65 Cadillac Square, Suite 2915<br>Detroit, MI  48226<br>Ph. (313) 963.9330<br>stbudaj@counsel.cc | COLLINS EINHORN FARRELL, PC<br>MICHAEL J. SULLIVAN (P35599)<br>COLLEEN H. BURKE (P63857)<br>Attorney for Defendants Kimberly Burger, K.B. Law Office, PC, and Parker, Hayes & Lovinger, P.C.<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>Ph. (248) 355-4141<br>Michael.Sullivan@CEFlawyers.com<br>colleen.Burke@CEFlawyers.com |
| JOHNSON ROSATI SCHULTZ & JOPPICH<br>JAMES L. DYER (P32544)<br>ANDREW J. BREGE (P71474)<br>Attorney for Defendants Hillsdale County, Christine Wahtola, Kwinn Leva and Lt. Timothy Parker<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>Ph. (517) 886-3800<br>jdyer@jrsjlaw.com | RUTLEDGE MANION RABAUT TERRY & THOMAS, P.C.<br>DALE A. ROBINSON (P55522)<br>Attorney for Defendant Watch Systems LLC<br>333 W. Fort Street, Suite 1600<br>Detroit, MI 48226<br>(313) 965-6100<br>drobinson@rmrtt.com |
| PHELPS DUNBAR, LLP<br>GUY P. McCONNELL (P472967-Florida)<br>Attorney for Defendant Watch Systems LLC<br>100 South Ashley Drive, Suite 1900<br>Tampa, FL 33602<br>Ph. (813) 472-7577<br>guy.McConnell@Phelps.com | |

---

# NOTICE OF APPEAL

Notice is hereby given that the defendants CITY OF HILLSDALE and OFFICERS SHELBY RATHBUN and TODD HOLTZ, by and through their attorneys, VANDEVEER GARZIA, P.C., hereby appeal to the United States Court of Appeals for the Sixth Circuit from Docket # 122, the Order Denying Motions to Dismiss Filed by County Defendants [#70] and City Defendants [#83], which order was entered in this action on February 21, 2018.

2

        VANDEVEER GARZIA, P.C.

        /s/ Roger A. Smith
        ROGER A. SMITH   P27722
        Counsel for Defendants-Appellants,
        the City of Hillsdale and
        Shelby Rathbun and Todd Holtz
        840 West Long Lake Rd., Ste. 600
        Troy, MI 48098
        248-312-2800   Fax 248-873-0042
        rsmith@vgpclaw.com

Dated: March 16, 2018

# CERTIFICATE OF SERVICE

Tamara L. Gauthier-Cecil, on behalf of the law firm of Vandeveer Garzia, P.C. hereby certifies that on March 16, 2018, she served a copy of the *Notice of Appeal* by the defendants City of Hillsdale, Shelby Rathbun and Todd Holtz and this Proof of Service on all counsel of record via the CM/ECF System utilized by the United States District Court, Eastern District of Michigan.

        /s/ Tamara L. Gauthier-Cecil
        TAMARA L. GAUTHIER-CECIL