# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY HART,

    Plaintiff,

v.

Case No. 16-cv-10253

HON. DENISE PAGE HOOD

HILLSDALE COUNTY, et al.,

    Defendants.

_____/

## ORDER STAYING CASE
## AND
## ADMINISTRATIVELY CLOSING CASE

Defendants in this matter filed Notices of Appeal from the Court's Order denying motions to dismiss and/or summary judgment. (Doc. Nos. 123, 125) "A denial of summary judgment is generally not a final judgment." *Haynes v. City of Circleville, Ohio,* 474 F.3d 357, 361 (6th Cir. 2007)(quoting *Hoover v. Radabaugh,* 307 F.3d 460, 465 (6th Cir. 2002)). A denial of a motion for summary judgment on the ground of qualified immunity may be appealed as a collateral order where (1) the defendant is a public official asserting the defense of qualified immunity and (2) the issue appealed concerns not which facts the parties might be able to prove, but whether certain alleged facts reflect a violation of clearly established law. *Haynes,* 474 F.3d at 361. The Court will stay the matter until the resolution of the appeals.

*See Mithcell v. Forsyth,* 472 U.S. 511 (1985).

Accordingly,

IT IS ORDERED that this action is **STAYED and ADMINISTRATIVELY CLOSED.** The action may be reopened after a party provides the Court with notice that a mandate has been issued from the Sixth Circuit Court of Appeals.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: April 16, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2018, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager
