# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 03, 2018

Ms. Cheryl Elaine Daniel
U. S. District Court
231 W. Lafayette Boulevard
Room 740
731
Detroit, MI 48226

        Re: Case No. 18-1305, *Anthony Hart v. Hillsdale Cnty, MI, et al*
            Originating Case No. : 2:16-cv-10253

Dear Ms. Daniel:

  The transcript in the above styled case(s) was ordered on March 28, 2018 by the appellant's counsel. Financial arrangements have been made and the transcript is now past due.

  Please file said transcript by **May 14, 2018** or request an extension of time explaining why you cannot comply.

NOTE: If you have already completed and filed the transcript with the district court, please note that you must also make the appropriate entry on this court's CM/ECF docket. For further information in making this entry, go to this court's website, http://www.ca6.uscourts.gov/transcript-tutorials, and refer to the "Court Reporter Transcript Filed in District Court Tutorial."

  Your cooperation in this matter is appreciated.

                              Sincerely yours,

                              s/Leon T. Korotko for Roy Ford
                              Case Manager
                              Direct Dial No. 513-564-7016

cc: Ms. Huwaida Arraf
    Mr. Steven T. Budaj
    Mr. William H. Goodman
    Ms. Julie H. Hurwitz
    Ms. Marcelyn A. Stepanski
    Mr. David J. Weaver
    Ms. Debbie S. Hunt