UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Hart

    Plaintiff(s),

v.

Hillsdale County, et al.

    Defendant(s).
_____/

Case No. 16-10253

Judge Denise Page Hood

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __132__, filed __5/10/2018__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __John Purdy__ at __(313) 234-5132__.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 10, 2018

s/John Purdy
Deputy Clerk