UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

    Plaintiff,

v

HILLSDALE COUNTY, a Municipal Corporation, AGENTS CHRISTINE WANDA, KWINN LEVA, LT. TIMOTHY PARKER, CITY OF HILLSDALE and OFFICERS SHELBY RATHBUN and OFFICER TODD HOLTZ, MICHIGAN STATE POLICE ANALYSTS MELISSA MARINOFF AND MARCI KELLY, in their capacities, WATCH SYSTEMS, LLC, a Louisiana Corporation, and ATTORNEY KIMBERLEY BURGER, KB LAW OFFICE, P.C., and PARKER, HAYES & LOVINGER P.C., all jointly and severally,

    Defendants.
_____/

No. 2:16-cv-10253

HON. DENISE PAGE HOOD

MAG. ELIZABETH A. STAFFORD

**APPEARANCE**

William H. Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
Huwaida Arraf (NY #4707220)
Goodman & Hurwitz, P.C.
Attorneys for Plaintiff
1394 East Jefferson Avenue
Detroit, Michigan 48207
(313) 567-6170
mail@goodmanhurwitz.com

David M. Black (P25047)
Attorney for Plaintiff
One Towne Square, Suite 1700
Southfield, Michigan 48076
(248) 355-0300

Steven T. Budaj (P30154)
Attorney for Plaintiff
65 Cadillac Square, Suite 2915
Detroit, Michigan 48226
(313) 963-9330

Eric M. Jamison (P75721)
Assistant Attorneys General
Attorneys for Defendants Kelly & Marinoff
P.O. Box 30736
Lansing, Michigan 48909
(517)335-3055
jamisone@michigan.gov

Michael J. Sullivan (P35599)
Colleen H. Burke (P63857)
Collins Einhorn Farrell, P.C.
Attorneys for Defendants K. Burger, KB Law Office,
Parker, Hayes & Lovinger
4000 Town Center, 9th Floor
Southfield, Michigan 48075
(248) 355-4141
Michael.Sullivan@CEFlawyers.com
Colleen.Burke@CEFlawyers.com

Mark S. Demorest (P35912)
Demorest Law Firm, PLLC
Attorneys for Defendant Watch Systems, LLC
322 W. Lincoln Avenue
Royal Oak, Michigan 48067
(248) 723-5500
mark@demolaw.com

Dale A. Robinson (P55522)
Rutledge, Manion, Rabaut, Terry & Thomas, P. C.
Attorney for Defendant Watch Systems, LLC
333 W. Fort Street, Suite 1600
Detroit, Michigan 48226
(313) 965-6100
drobinson@rmrtt.com

James L. Dyer (P32544)
Andrew J. Brege (P71474)
Johnson, Rosati, Schultz & Joppich, P.C.
Attorneys for Defendants Hillsdale County, Christine Wahtola, Kwinn Leva &
Lt. Timothy Parker
822 Centennial Way, Suite 270
Lansing, Michigan 48917
(517) 886-3800
jdyer@jrsjlaw.com

Roger A. Smith (P27722)
Matta Blair, PLC
Attorneys for Defendants City of Hillsdale, Officer Rathbun, and
Officer Holtz
39572 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304
(248) 593-6100
rsmith@mattablair.com
/

## APPEARANCE

Eric M. Jamison, Assistant Attorney General for the State of Michigan, hereby enters his appearance as counsel for Defendants, Melissa Marinoff and Marci Kelly, in the above cause.

Respectfully submitted,

Dana Nessel
Attorney General


/s/ *Eric M. Jamison*
Eric M. Jamison
Assistant Attorney General
Attorney for Defendant
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573

jamsione@michigan.gov
P75721

Dated:  August 26, 2020

# CERTIFICATE OF SERVICE

I certify that on August 26, 2020, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

/s/ *Eric M. Jamison*
Eric M. Jamison
Assistant Attorney General
Attorney for Defendant
State Operations Division