# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 22, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 18-1305/18-1307, *Anthony Hart v. Hillsdale County, MI, et al*
Originating Case No. : 2:16-cv-10253

Dear Mr. Weaver,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Zachary Love
For Patricia Elder
Senior Case Manager

cc: Ms. Beth A. Andrews
Ms. Huwaida Arraf
Mr. Steven T. Budaj
Mr. William H. Goodman
Ms. Julie H. Hurwitz
Mr. Roger A. Smith
Ms. Marcelyn A. Stepanski

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1305/18-1307

_____

Filed: October 22, 2020

ANTHONY HART

    Plaintiff - Appellee

v.

HILLSDALE COUNTY, MI; KWINN LEVA; TIMOTHY PARKER; CHRISTINE WAHTOLA

    Defendants - Appellants

and

CHRISTINE WANDA; CITY OF HILLSDALE; SHELBY RATHBUN; TODD HOLTZ; MELISSA MARINOFF; MARCI KELLY; KIMBERLEY BURGER; PARKER, HAYES & LOVINGER, P.C.; WATCH SYSTEMS, L.L.C.; KB LAW OFFICE, P.C.;

    Defendants

## MANDATE

Pursuant to the court's disposition that was filed 09/03/2020 the mandate for this case hereby issues today.

COSTS: None