## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ANTHONY HART,**

     **Plaintiff,**

                              **Case No. 16-cv-10253**

**v.**

                              **HON. DENISE PAGE HOOD**

**COUNTY OF HILLSDALE, et al.,**

     **Defendants.**

_____/

## ORDER ON REMAND REOPENING CASE
## and SETTING DATES

On September 3, 2020, the Sixth Circuit Court of Appeals issued an Opinion affirming in part and reversing in part the Court's Order regarding Defendants' Motions to Dismiss. (ECF No. 137) The Mandate issued on October 22, 2020. (ECF No. 138)

Accordingly,

IT IS ORDERED that this action is REOPENED.

IT IS FURTHER ORDERED that the following dates are set:

        Proposed order of dismissal on any claims
        and/or defendants dismissed by the
        Sixth Circuit must be submitted by:           Dec. 4, 2020

Joint Rule 26(f) Report and proposed
scheduling order must be filed by:            Dec. 9, 2020

Telephonic Scheduling Conference:            Dec. 14, 2020, 10:00 am


_s/Denise Page Hood_
DENISE PAGE HOOD
CHIEF JUDGE

DATED: November 23, 2020