UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anthony Hart,

                      Plaintiff(s),

v.                                          Case No. 2:16−cv−10253−DPH−EAS
                                                   Hon. Denise Page Hood

Hillsdale, County of, et al.,

                      Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Denise Page Hood as follows:

- STATUS CONFERENCE:  December 14, 2020 at 10:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/L. Saulsberry
                                                      Case Manager

Dated:   November 23, 2020