UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

    Plaintiff,

v.

HILLSDALE COUNTY, a Municipal Corporation; AGENTS CHRISTINE WAHTOLA; KWINN LEVA; LT. TIMOTHY PARKER; CITY OF HILLSDALE and OFFICERS SHELBY RATHBUN and OFFICER TODD HOLTZ; MICHIGAN STATE POLICE ANALYSTS MELISSA MARINOFF and MARCI KELLY, in their individual capacities; WATCH SYSTEMS, LLC, a Louisiana Corporation; all jointly and severally,

    Defendants.

Case No. 16-cv-10253
Hon. Denise Page Hood
Mag. Judge Elizabeth A. Stafford

___

WILLIAM H. GOODMAN (P14173)
JULIE H. HURWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
HUWAIDA ARRAF (New York Bar #4707220)
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI  48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

STEVEN T. BUDAJ (P30154)
Attorney for Plaintiff
65 Cadillac Square, Ste. 2915
Detroit, MI  48226
(313) 963-9330
Stbudaj@counsel.cc

DAVID M. BLACK P25047)
Attorney for Plaintiff
One Towne Square, Ste. 1700
Southfield, MI  48076
(248) 355-0300

JAMES L. DYER (P32544)
Attorney for Defendants Hillsdale County, Wahtola, and Parker
822 Centennial Way, Ste. 270

ROGER A. SMITH (P27722)
Attorney for City of Hillsdale, Officers Rathbun & Holtz
840 W. Long Lake Road, Ste. 600

| | |
|---|---|
| Lansing, MI  48917<br>(517) 886-3800<br>jdyer@jrsjlaw.com | Troy, MI  48098<br>(248) 312-2800<br>rsmith@vgpclaw.com |
| **DALE A. ROBINSON (P55522)**<br>Attorney for Defendant Watch Systems<br>300 River Place, Ste. 1400<br>Detroit, MI  48207<br>(313) 965-6100<br>Drobinson@rmrtt.com | **JAMES T. FARRELL (P35400)**<br>**SARA TRUDGEON (P82155)**<br>**CORI E. BARKMAN (P61470)**<br>Attorneys for Defendants Marci Kelly and Melissa Marinoff<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 373-6434<br>farrellj@michigan.gov<br>trudgeons@michigan.gov<br>barkmanc@michigan.gov |

_____

## SUBSTITUTION OF ATTORNEYS

TO:   CLERK OF THE COURT

PLEASE TAKE NOTICE that, **James T. Farrell (P35400), Sara Trudgeon (P82155)** and **Cori E. Barkman (P61470)** Assistant Attorneys General for the State of Michigan, have this day been substituted in the above-captioned cause in place and stead of attorneys **Eric M. Jamison (P75721)** and **Joseph T. Froehlich (P71887)** as attorneys for Defendants: **Melissa Marinoff** and **Marci Kelly**.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    */s/ James T. Farrell*
    James T. Farrell (P35400)
    Assistant Attorney General
    MDOC Division
    P.O. Box 30217
    Lansing, MI  48909

                        (517) 335-3055
                        farrellj@michigan.gov

Date: November 25, 2020

                        Respectfully submitted,

                        Dana Nessel
                        Attorney General

                        */s/ Sara Trudgeon*
                        Sara Trudgeon (P82155)
                        Assistant Attorney General
                        MDOC Division
                        P.O. Box 30217
                        Lansing, MI 48909
                        (517) 335-3055
                        trudgeons@michigan.gov

Date: November 25, 2020

                        Respectfully submitted,

                        Dana Nessel
                        Attorney General

                        */s/ Cori E. Barkman*
                        Cori E. Barkman (P61470)
                        Assistant Attorney General
                        MDOC Division
                        P.O. Box 30217
                        Lansing, MI 48909
                        (517) 335-3055
                        barkmanc@michigan.gov

Date: November 25, 2020

# CONSENT TO SUBSTITUTION OF ATTORNEY

TO:   CLERK OF THE COURT

I hereby consent that James T Farrell, Sara Trudgeon and Cori E. Barkman, Assistant Attorneys General be substituted in my place and stead for **Defendants Melissa Marinoff** and **Marci Kelly** in the above cause of action.

Date: November 25, 2020

Dana Nessel
Attorney General

*/s/ Eric M. Jamison*
Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for MDOC Defendants
Mich. Dept. of Attorney General
State Operations Division
P.O. Box 30736
Lansing, MI  48909
(517) 335-7573
jamisone@michigan.gov

I hereby consent that James T Farrell, Sara Trudgeon and Cori E. Barkman, Assistant Attorneys General be substituted in my place and stead for **Defendants Melissa Marinoff** and **Marci Kelly** in the above cause of action.

Dana Nessel
Attorney General

*/s/ Joseph T. Froehlich*

|  |  |
|---|---|
| Date: November 25, 2020 | Joseph T. Froehlich (P71887)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Mich. Dept. of Attorney General<br>State Operations Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 335-7573<br>Froehlichj1@michigan.gov |

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that James T. Farrell (P35400), Sara Trudgeon (P82155) and Cori E. Barkman (P61470) Assistant Attorneys General for the State of Michigan, are hereby substituted as counsel representing **Defendants Melissa Marinoff** and **Marci Kelly** in the above cause of action.

Dated: November 30, 2020      s/Denise Page Hood
                              United States District Judge