UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HART,

        Plaintiff,          Case No. 16-cv-10253
                                              Hon. Denise Page Hood
v.                                             Mag. Elizabeth A. Stafford

HILLSDALE COUNTY, a Municipal Corporation;
DEPUTIES CHRISTINE WAHTOLA, KWINN LEVA,
LT. TIMOTHY PARKER, in their individual capacities;
CITY OF HILLSDALE, a Municipal Corporation;
OFFICERS SHELBY RATHBUN and
TODD HOLTZ, in their individual capacities;
WATCH SYSTEMS, L.L.C., a Louisiana Corporation;
and MICHIGAN STATE POLICE ANALYSTS
MELISSA MARINOFF and MARCI KELLEY,
in their individual and/or official capacities;
all jointly and severally,

        Defendants.
_____/

**Goodman Hurwitz & James, P.C.**
William H. Goodman (P14173)
Kathryn Bruner James (P71374)
1394 E. Jefferson Avenue
Detroit, MI 48207
mail@goodmanhurwitz.com

**Steven T. Budaj, P.C.**
Steven T. Budaj (P30154)
400 Monroe Street, Ste. 490
Detroit, MI 48226-2967
(313) 963-9330
stbudaj@counsel.cc

*Attorneys for Plaintiff*

**Vandeveer Garzia, P.C.**
Roger A. Smith (P27722)
840 West Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800/Fax (248) 879-0042
rsmith@vgpclaw.com
*Attorneys for Defendant City of Hillsdale, Rathbun & Holtz*

**Rosati, Schultz, Joppich & Amtsbuetchler**
James L. Dyer (P32544)
Andrew J. Brege (P71774)
822 Centennial Way, Ste. 270
Lansing, MI 48917
(517) 886-3800
jdyer@jrsjlaw.com
abrege@jrsjlaw.com
*Attorneys for Hillsdale County, Wahtola, Leva & Parker*

| | |
|---|---|
| **Rutledge, Manion, Rabaut,** <br> **Terry & Thomas, P.C.** <br> Dale A. Robinson (P55522) <br> 300 River Place Drive, Ste. 1400 <br> Detroit, MI 48207 <br> (313) 965-6100 <br> drobinson@rmrtt.com <br> *Attorneys for Defendant Watch Systems* | Eric Jamison (P73864) <br> James Farrell  (P35400) <br> Assistant Attorneys General <br> 525 W. Ottawa Street, Fl. 4PO <br> Lansing, Michigan 48933-1067 <br> (517) 335-3055 <br> farrellj@michigan.gov <br><br> *Attorneys for Defendants Kelly & Marinoff* |

_____/

## STIPULATED ORDER SETTING ASIDE ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

This matter having come before this Court by stipulation of counsel for all parties, and the Court being duly advised of the premises,

IT IS HEREBY ORDERED that this Court's Order Staying Case and Administratively Closing Case (ECF #130) is set aside,

IT IS FURTHER ORDERED that Defendants responses to Plaintiff's Second Amended Complaint (ECF #129) are due by December 4, 2020, and this Court shall set a date and time for a scheduling conference in this matter.

s/Denise Page Hood
Dated:  December 1, 2020         United States District Judge

Stipulated and Agreed on November 20, 2020 as to Form and Substance.

By: /s/ Kathryn Bruner James
    Kathryn Bruner James P71374
    Goodman Hurwitz & James, P.C.
    Attorneys for Plaintiff

By: /s/ Andrew J. Brege w/permission
    Andrew J. Brege P71774
    Rosati, Schultz, Joppick &
    Attorneys for Hillsdale County,
    Wahtola, Leva & Parker

By: /s/ Roger A. Smith w/permission
    Roger A. Smith P27722
    Vandeveer Garzia, P.C.
    Attorneys for Defendants
    City of Hillsdale, Rathbun & Holtz

By: /s/ Dale A. Robinson w/permission
    Dale A. Robinson P55522
    Rutledge Manion, Rabaut, Terry &
    Thomas, P.C.
    Attorneys for Defendant Watch
    Systems

By: /s/ James Farrell w/permission
    James Farrell P35400
    Assistant Attorney General
    Attorneys for Defendants Kelly & Marinoff
.

3