# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY HART,

        Plaintiff,

v.

HILLSDALE COUNTY, a Municipal Corporation; CHRISTINE WAHTOLA, KWINN LEVA, and LT. TIMOTHY PARKER; in their individual capacities; CITY OF HILLSDALE, a Municipal Corporation; OFFICERS SHELBY RATHBUN and TODD HOLTZ, in their individual capacities; WATCH SYSTEMS, L.L.C., a Louisiana Corporation; and MICHIGAN STATE POLICE ANALYSTS MELISSA MARINOFF and MARCI KELLEY, in their individual and/or official capacities, all jointly and severally,

        Defendants.

Case No:   16-cv-10253
Honorable: Denise Page Hood
Magistrate: Elizabeth A. Stafford

---

**Goodman Hurwitz & James, P.C.**
William H. Goodman (P14173)
Kathryn Bruner James (P71374)
Melissa A. Brown (P79127)
1394 E. Jefferson Avenue
Detroit, MI 48207
(313) 567-6170
mail@goodmanhurwitz.com

**Steven T. Budaj, P.C.**
Steven T. Budaj (P30154)
400 Monroe Street, Suite 490
Detroit, MI 48226
(313) 963-9330 voice
(313) 963-9185 fax
stbudaj@counsel.cc

*Attorneys for Plaintiff*

| | |
|---|---|
| **Vandeveer Garzia, PC**<br>Roger A. Smith (P27722)<br>840 W. Long Lake Rd., Ste 600<br>Troy, MI 48098<br>(248) 312-2900/Fax (248) 879-0042<br>rsmith@vgpclaw.com<br>*Attorneys for Defendants City of Hillsdale, Rathbun & Holtz* | **Rosati, Schultz, Joppich & Amtsbuetchler, P.C.**<br>James L. Dyer (P32544)<br>Andrew J. Brege (P71474)<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>jdyer@jrsjlaw.com<br>abrege@jrsjlaw.com<br>*Attorneys for Defendants Hillsdale County, Wahtola, Leva & Parker* |
| **Rutledge, Manion, Rabaut, Terry & Thomas, P.C.**<br>Dale A. Robinson (P55522)<br>300 River Place Drive, Ste. 1400<br>Detroit, MI 48207<br>(313) 965-6100<br>drobinson@rmrtt.com<br>*Attorneys for Defendant Watch Systems* | **Attorney General's Office**<br>James T. Farrell (P35400)<br>Sara Trudgeon (P82155)<br>Cori E. Barkman (P61470)<br>P.O. Box 30736<br>Lansing, MI 48933<br>(517) 373-6434<br>farrellj@michigan.gov<br>trudgeons@michigan.gov<br>barkmanc@michigan.gov<br>*Attorneys for Defendants Marinoff and Kelly* |

_____/

## NOTICE OF ATTORNEY SUBSTITUTION

Please take notice that **Melissa A. Brown** of Goodman Hurwitz & James, P.C. has been substituted for **Huwaida Arraf** for Plaintiff Anthony Hart in the above-captioned matter.

Pursuant to this Notice and ECF #88, Attorneys Arraf and Klaus may be terminated from electronic notification.

Respectfully Submitted:

| | |
|---|---|
| /s/ Melissa A. Brown | /s/ Huwaida Arraf |
| **Goodman Hurwitz & James, P.C.** | Huwaida Arraf |
| Melissa A. Brown (P79127) | c/o Goodman Hurwitz & James, P.C. |
| 1394 E. Jefferson Avenue | 1394 E. Jefferson Avenue |
| Detroit, MI 48207 | Detroit, MI 48207 |
| (313) 567-6170 | (313) 567-6170 |
| mail@goodmanhurwitz.com | Huwaida.arraf@gmail.com |

Dated:  December 11, 2020

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this day she filed a copy of **Notice of Attorney Substitution** with the Court utilizing the Electronic Filing System which will serve notice upon all counsel of record.

/s/ Laurel O. Seale
Legal Assistant/Paralegal
Goodman Hurwitz & James, P.C.