## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANTHONY HART,

      Plaintiff,

                            Case No. 16-10253

v.

                            HON. DENISE PAGE HOOD

COUNTY OF HILLSDALE, et al.,

      Defendants.

_____/

## ORDER AMENDING TRIAL DATE AND
## SETTING STATUS CONFERENCE DATE

Pursuant to the Status Conference held on February 10, 2021, the Court

ORDERS:

1.     The jury trial in this matter shall commence at 9:00 a.m. on Thursday

October 6, 2022; and

2.     The parties shall appear before the Court for a Status Conference on

March 2, 2022, at 2:00 p.m.

IT IS ORDERED.

                             s/Denise Page Hood
                              United States District Judge

Dated: February 11, 2021